IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wise, Andrea D

Printed: 1/8/08

Case Number: 06 B 09097
Judge: Hollis, Pamela S
Filed: 7/29/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 19, 2007
Confirmed: November 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,422.00 |  |
| Secured: |  | 5,927.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 174.16 |
| Trustee Fee: |  | 320.25 |
| Other Funds: |  | 0.00 |
| Totals: | 6,422.00 | 6,422.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 2,500.00 | 174.16 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 31,275.39 | 5,500.00 |
| 4. | Great American Finance Company | Secured | 709.03 | 427.59 |
| 5. | CitiMortgage Inc | Secured | 7,729.23 | 0.00 |
| 6. | Internal Revenue Service | Priority | 19,616.95 | 0.00 |
| 7. | Brother Loan & Finance | Unsecured | 572.19 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 702.00 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 10. | American General Finance | Unsecured | 1,102.24 | 0.00 |
| 11. | American Service Insurance Co | Unsecured | 289.20 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 63.27 | 0.00 |
| 13. | AT&T Wireless | Unsecured | 458.15 | 0.00 |
| 14. | Midwest Verizon Wireless | Unsecured | 442.01 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 780.31 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 446.12 | 0.00 |
| 17. | AT&T Wireless | Unsecured | 277.39 | 0.00 |
| 18. | Ohio Farmers Insurance Company | Unsecured | 4,662.30 | 0.00 |
| 19. | Armor System Corporation | Unsecured | | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 21. | Account Services | Unsecured | | No Claim Filed |
| 22. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 23. | Westgate Resorts Ltd | Unsecured | | No Claim Filed |
| 24. | Charter One Auto Finance | Unsecured | | No Claim Filed |
| 25. | CFI Resorts | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wise, Andrea D | Case Number: 06 B 09097 |
| | | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 7/29/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Credit Collection | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Federal State Exchange Unit | Unsecured | | No Claim Filed |
| 29. | Goggins & Lavintman PA | Unsecured | | No Claim Filed |
| 30. | CMI | Unsecured | | No Claim Filed |
| 31. | SBC | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Credit Collection | Unsecured | | No Claim Filed |
| 34. | Village of Schaumburg | Unsecured | | No Claim Filed |
| 35. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 71,625.78 | $ 6,101.75 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 212.25 |
| 5.4% | 108.00 |
| | _____ |
| | $ 320.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

